■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LALTOO, Appellant. [801 NYS2d 591]—

Judgment, Supreme Court, Bronx County (Michael R. Sonberg, J.), rendered March 30, 2004, convicting defendant, after a jury trial, of resisting arrest, and sentencing him to a term of three years' probation, unanimously affirmed.

There was sufficient evidence that the police were trying to effect an "authorized arrest" (Penal Law § 205.30), in that they had probable cause to arrest defendant. "Probable cause does not require . . . proof beyond a reasonable doubt" (*People v Mercado*, 68 NY2d 874, 877 [1986], *cert denied* 479 US 1095 [1987]). Furthermore, defendant could properly be convicted of resisting arrest even without being convicted of any underlying crime (see *People v Thomas*, 239 AD2d 246, 247 [1997], *lv denied* 90 NY2d 911 [1997]). Defendant's remaining challenges to the sufficiency of the evidence are unpreserved (*People v Gray*, 86 NY2d 10 [1995]), and we decline to review them in the interest of justice. Were we to review these claims, we would reject them.

The court properly replaced a juror who, due to an emergency visit to the dentist, would not be available within two hours of the time set by the court for the trial to resume (see *People v Jeanty*, 94 NY2d 507 [2000]).

The record establishes that defendant received effective assistance of counsel under both the state and federal standards (see *People v Benevento*, 91 NY2d 708, 713-714 [1998]; *see also Strickland v Washington*, 466 US 668 [1984]). Concur—Saxe, J.P., Marlow, Williams, Sweeny and Catterson, JJ.